CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sean Hale**<br>DOB: 1987; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-05866MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 19, 2021, in the District of Arizona, **Sean Hale**, knowing and in reckless disregard of the fact that certain illegal aliens, including Juan Jose Escobar-Rodas, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 19, 2021, at approximately 5:44 a.m., Border Patrol Agents (BPAs) working patrol duties east of Sasabe, Arizona, received a report from a Common Operating Picture (COP) operators of a group of approximately 30 subjects walking towards the Mirador Ranch which is located approximately 3 miles west of the town of Sasabe. The COP operator also reported what looked like a water truck drive up to the same ranch. As BPAs responded, at approximately 5:50 a.m., the COP operator reported that the same water truck was now travelling eastbound on Mirador road. As BPAs gained visual of the truck, they pulled over to the north side of the road to gain a better view of the driver as it passed their location. As the truck passed, BPAs noted that the driver was wearing a neon yellow shirt, a white hard hat and did not make eye contact with BPAs. BPAs then began to follow the truck and ran records checks on the Arizona license plate which returned to a rental company. BPAs then activated their emergency lights and sirens to conduct a vehicle stop. The truck came to a stop and the driver, later identified as Sean HALE, jumped out of the driver side door and began running northbound. BPAs approached the truck and turned the vehicle off. As BPAs searched the truck, they climbed on top and were able to see multiple subjects piled on top of each other inside of the water truck. As BPAs began to remove the subjects from the water truck, they noticed that they had begun to sweat due to the heat and noted that some of the subjects struggled to exit the truck and needed assistance. A total of 26 subjects were removed from the water truck. All 26 subjects, to include Juan Jose Escobar-Rodas, admitted to being in the United States illegally. As BPAs were on top of the truck, they still had visual of HALE and were able to guide other BPAs to his location where he was apprehended.

Records checks revealed that Juan Jose Escobar-Rodas is a citizen of Guatemala who does not have the proper immigration documentation to enter or remain in the U.S. legally. Juan Jose Escobar-Rodas was previously removed from the United States on December 12, 2014.

**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Jose Escobar-Rodas

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri /ACA | SIGNATURE OF COMPLAINANT<br>/s/ |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>June 21, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

Material witness Juan Jose Escobar-Rodas stated that he made arrangements to be smuggled into the United States. Escobar-Rodas stated he paid $1,000 for his mafia fee and agreed to pay an additional $10,000. Escobar-Rodas stated at approximately 6:00 a.m., he crossed the International Boundary Fence along with 25 other immigrants and a guide. Escobar-Rodas stated that they were instructed to walk for approximately 30 minutes until they reached a water tank and waited to be picked up. Escobar-Rodas stated that a water truck came to the groups location and the guide told the group to get into the tank of the water truck. Escobar-Rodas described himself as fearful of the inside of the ttank of the truck because it was hot and lacked oxygen. Escobar-Rodas described the driver of the truck as a white male with a green shirt and said that the driver was arrested by Border Patrol.