GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
State Bar No.: 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
gerard.schmit@usdoj.gov
Attorneys for Plaintiff

FILED Sep 27 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-02462-TUC-RM-LCK |
| Plaintiff, | No. 21-05866M (LCK) |
| vs. | I N F O R M A T I O N |
| Sean Hale, aka Sean Christopher Hale (T/N) Defendant. | Violation: 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>8 U.S.C. § 1324(a)(1)(B)(iii)<br>(Transportation of Illegal Aliens for Profit Placing in Jeopardy the Life of Any Person)<br>**Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about June 19, 2021, in the District of Arizona, Sean Hale, knowing and in reckless disregard of the fact that certain aliens, including Juan Jose Escobar-Rodas, had come to, entered and remained in the United States in violation of law, did transport and move said aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, and during and in relation to which the defendant placed in jeopardy the life of, any person, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

GERARD SCHMIT  Digitally signed by GERARD SCHMIT
Date: 2021.09.13 07:55:28 -07'00'

_____
Date

MICAH SCHMIT
Assistant U.S. Attorney